**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT, | Case No. CV 20-03459-DMG (JC) |
| Plaintiff, | JUDGMENT |
| v. | |
| RAYBON C. JOHNSON, et al., | |
| Defendants. | |

    In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that the above-captioned action is dismissed.

DATED:  March 29, 2024

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE